UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ESER DENIZCILIK VE TICARET LTD., STI,          :

        Plaintiff,          :

   - against -          :

MED-ASIA SHIPPING LTD.,          :

        Defendant.          :

-------------------------------------------------------------X

08 CV  6166
ECF CASE

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and

magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney

of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or

affiliates of the Plaintiff:

              NONE.

Dated: July 7, 2008
     New York, NY

             The Plaintiff,
             ESER DENIZCILIK VE TICARET LTD. STI,

By: _____
     Lauren C. Davies (LD 1980)
     Thomas L. Tisdale (TT 5263)
     TISDALE LAW OFFICES, LLC
     11 West 42nd Street, Suite 900
     New York, NY 10036
     (212) 354-0025 – phone
     (212) 869-0067 – fax
     ldavies@tisdale-law.com
     ttisdale@tisdale-law.com